## <u>AFFIDAVIT OF TIMOTHY M. AHERN</u>

## <u>IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Timothy M. Ahern, do hereby depose and state as follows:

1.    I am a Trooper with the Massachusetts State Police. I have been employed as a Trooper with the State Police for the past 20 years. I have been assigned to the FBI Violent Crimes Task Force ("Task Force") since September of 2012.  The Task Force comprises personnel from the FBI, detectives from the Boston, Somerville, Saugus, and Malden police departments, and the Massachusetts State Police. During my tenure as a law enforcement officer, both with the State Police and the Task Force, I have participated in numerous bank robbery investigations.

2.    I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take or attempt to take from the person or presence of another, money belonging to or in the care, custody, control, management, or possession of any federally insured institution.

3.    Having so said, I make this affidavit in support of a criminal complaint charging Jalonni Tucker ("Tucker"), a/k/a Jalonni Shabazz, DOB xx/xx/1982, with the following robberies in violation of 18 U.S.C. § 2113(a): a branch of the TD Bank,

1

located at 420 Franklin Street, Framingham, Massachusetts on
June 21, 2016; and a branch of the Citizens Bank located at 303
Worcester Road, Framingham, Massachusetts on July 13, 2016.  On
the dates of these robberies both banks were insured by the
Federal Deposit Insurance Corporation.

4.    The facts stated herein are based on my personal
knowledge, as well as information provided to me by witnesses
and other law enforcement officers involved in the
investigation, as well as from reviewing evidence, such as bank
surveillance images. In submitting this affidavit, I have not
included each and every fact known to me about this
investigation, but only facts sufficient to establish the
requisite probable cause.

## TD BANK June 21, 2016

5.    On Tuesday, June 21, 2016, at approximately 5:32 p.m.,
an individual (the "robber") entered a branch of the TD Bank
located at 420 Franklin Street, Framingham, Massachusetts.  The
robber approached a teller and placed a note on the teller's
counter.  The note read in substance, "This is a robbery.  Give
me all your money, top and bottom drawer, no dye packs."  The
teller then placed money from her drawer on her counter.  The
robber took the money and stated, in substance, "I don't want
any problems, just give me everything, and I need that back,"

referencing the demand note.  The teller then handed the robber the demand note and the money and the robber exited the bank.

6.   Following the robbery, the teller described the robber as a black male, 5'8", thin build, approximately 150-160 pounds, wearing a black baseball hat with a logo, a black sweatshirt, and black pants.

7.   Bank surveillance cameras were operating and functioning on the date of the robbery.  The cameras captured images of the robber as he entered the bank, interacted with the teller, and then left the bank.

8.   A store neighboring the TD Bank also had video surveillance cameras that were operating and functioning on the date of the robbery.  These cameras captured images of an individual who appeared to be the robber as he exited a white Chrysler Pacifica SUV (the "white SUV"), walked toward the TD Bank, exited the TD Bank a few minutes later, and reentered the white SUV, which then exited the parking lot.  The white SUV had distinctive seven-spoke chrome rims on its wheels.

9.   A post-robbery audit determined that the robber had taken $500.00 in U.S. currency during the robbery.

### CITIZENS BANK July 13, 2016

10.   On Wednesday, July 13, 2016, at approximately 2:35 p.m., an individual (the "robber") entered a branch of the Citizen's Bank located at 303 Worcester Road, Framingham,

3

Massachusetts.  The robber approached a teller ("Teller #1") and placed a demand note on Teller #1's counter.  The note read, in substance, "This is a robbery. Give me all the money.  No alarms, no dye, no GPS."  A different teller ("Teller #2"), who was positioned beside Teller #1, observed the robber and handed the robber money from her drawer.  The robber took the money and exited the bank, leaving the demand note behind.

11.   The tellers described the robber as a black male, mid-30's, with short black hair, wearing a blue button-down, long-sleeved shirt, black shoes, and a pair of black sunglasses, which were resting on top of his head.

12.   Bank surveillance cameras were operating and functioning on the date of the robbery.  The cameras captured images of the robber as he entered the bank, interacted with the teller, and then left the bank.

13.   In addition, the Citizens Bank's external surveillance cameras captured the robber entering the driver's seat of a light-colored, cross-over type vehicle, possibly a Chrysler Pacifica, with distinct chrome rims, which exited the parking lot after the robber entered it.

14.   A post robbery-audit determined that the robber had taken $3,753.00 in U.S. currency during the robbery.

15.   Information regarding the robbery, and descriptions of the robber and the SUV, were disseminated on various social media sites utilized by law enforcement officers.

## INVESTIGATION

16.   On Thursday, July 14, 2016, at approximately 2:00 p.m., a Framingham police officer contacted Detective Christopher Teel ("Detective Teel") regarding the recent posting of the robbery of the Citizens Bank on July 13, 2016.  This officer advised Detective Teel that a few days after the June 21, 2016 robbery of TD Bank in Framingham he recalled observing a gray Chrysler Pacifica SUV with distinctive chrome rims operating in Framingham's downtown area. The officer did not conduct a traffic stop of the vehicle, but he did run the vehicle's registration.  The officer determined that the registered owner of the vehicle was Michelle Shabazz ("Shabazz") the officer determined that Shabazz lived in Framingham.  The officer learned that Shabazz has a husband, Jalonni Tucker, a/k/a Jalonni Shabazz who also lived at the Framingham address.

17.   Detective Teel obtained a photograph of Tucker and determined that Tucker's appearance is consistent with the individual who had robbed the Citizens Bank of July 13, 2016, and the individual who had robbed the TD Bank on June 21, 2016.

18.   Detective Teel then determined that Tucker, who resided in Framingham, had multiple prior convictions for bank

robbery and was currently on probation.  Detective Teel also determined and that there was an outstanding default warrant for Tucker out of the Middlesex Superior Court for bank robbery.

19.  On July 14, 2016, Detective Teel and other law enforcement officers prepared a photo array to be shown to the tellers who had interacted with the robber of the Citizens Bank on July 13, 2016.  Two of the three tellers positively identified Tucker as the individual who had robbed the bank on July 13, 2016.

20.  On Friday, July 15, 2016, Detective Teel applied for and received a state arrest warrant for Tucker charging him with the July 13, 2016 robbery of the Citizens Bank.  Additionally, Detective Teel applied for a search warrant for Tucker's Framingham residence and the white SUV.

21.  On Friday July 15, 2016, Detective Teel and law enforcement officers executed the arrest and search warrants at Tucker's Framingham residence.  Law enforcement officers observed a white Chrysler Pacifica SUV with distinctive chrome rims at the residence.  Law enforcement officials spoke to Tucker's wife, Shabazz, who stated Tucker was not inside the home.  Tucker was subsequently located hiding in the residence's attic, placed under arrest, and transported to the Framingham Police Department for booking.

22.   Following Tucker's arrest, Shabazz was shown photographs of the June 21, 2016 robbery of the TD Bank, and of the July 13, 2016 robbery of the Citizens Bank.  Shabazz stated that the individual in the photographs was her husband, Tucker.

23.   On August 3, 2016, law enforcement officers prepared a photo array, which included Tucker's photograph, for the teller at the TD Bank that had been robbed on June 21, 2016.  The teller positively identified Tucker as the individual who had robbed the TD Bank.

### CONCLUSION

24.   Based on the foregoing, I submit that there is probable cause to believe that Jalonni Tucker, a/k/a Jalonni Shabazz robbed the following federally insured banks, in violation of 18 U.S.C. § 2113(a): the TD Bank on June 21, 2016; and the Citizens Bank on July 13, 2016.


TROOPER TIMOTHY M. AHERN
FBI, VIOLENT CRIMES TASK FORCE

Sworn and subscribed to before me this 8TH day of September, 2016.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

7