UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-cr-10304-LTS |
| | ) | |
| | ) | |
| JALONNI SHABAZZ | ) | |
| (indicted as Jalonni Tucker) | | |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance, at the direction of Mr. Shabazz, for the limited purpose of filing a Motion to Withdraw his previously filed pro se Motion for Compassionate Release. See Dkt. 53.

                Respectfully submitted,
                JALONNI SHABAZZ
                by his attorney

                */s/ Joshua Hanye*
                Joshua Hanye, BBO#661686
                FEDERAL PUBLIC DEFENDER OFFICE
                51 Sleeper Street, 5th Floor
                Boston, MA 02210
                617-223-8061

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: June 26, 2020                                           */s/ Joshua Hanye*
                                                                      Joshua Hanye