UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-cr-10304-LTS |
| | ) | |
| | ) | |
| JALONNI SHABAZZ | ) | |
| (indicted as Jalonni Tucker) | | |

## MOTION TO WITHDRAW MOTION FOR COMPASSIONATE RELEASE

Now comes Mr. Shabazz and moves to withdraw his previously filed pro se Motion for Compassionate Release. Dkt. 53. In support thereof, Mr. Shabazz filed a Motion for Compassionate Release on June 8, 2020. The following day the Court provided undersigned counsel with a copy of the motion. Dkt. 54. Counsel then reviewed the motion and discussed it with Mr. Shabazz by telephone and e-mail. Based on this review and discussion, counsel declined to represent Mr. Shabazz on the motion. Mr. Shabazz indicated his intention to proceed pro se, and counsel communicated that intent to the Court. See Dkt. 54. However, on June 26, 2020 counsel received an e-mail from Mr. Shabazz which stated that he had reconsidered and now wished to withdraw the Motion for Compassionate Release. Mr. Shabazz also requested that counsel notify the Court of his request to withdraw.

For the above reasons, Mr. Shabazz requests that this motion be allowed.

Respectfully submitted,
JALONNI SHABAZZ (Tucker)
by his attorney

*/s/ Joshua Hanye*
Joshua Hanye, BBO#661686
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

**Certificate of Service**

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: June 26, 2020                                    */s/ Joshua Hanye*_____
                                                                        Joshua Hanye